NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIST ALEXANDER HANNA, | ) | No. C 05-3627 PJH (PR) |
| Plaintiff, | ) ) | DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS; ORDER OF DISMISSAL |
| vs. | ) ) | |
| DEPARTMENT OF MOTOR VEHICLES, et al., | ) ) ) | (Doc 3) |
| Defendants. | ) ) | |

    This pro se civil rights action was filed on September 9, 2005. On that same day the court notified plaintiff he had not paid the filing fee and that his application for leave to proceed in forma pauperis ("IFP") was incomplete. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file a complete within thirty days the case would be dismissed. No response has been received. The incomplete application for leave to proceed IFP (doc 3) is DENIED. Because plaintiff has not paid the fee or provided a proper application to proceed IFP, this case is DISMISSED without prejudice. The clerk shall close this file. No fee is due. IT IS SO ORDERED.

Dated: October 20, 2005.

                                                         PHYLLIS J. HAMILTON
G:\PRO-SE\PJH\CR.05\HANNA627.DSM               United States District Judge